UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>             Plaintiff,<br><br>      v.<br><br>SILVA, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00133-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANTS AND CLAIM**<br><br>14-DAY DEADLINE<br><br>Clerk of the Court to assign a District Judge |

On May 18, 2020, the Court screened Plaintiff's complaint and found that it states cognizable First and Eighth Amendment claims against Defendant Silva but that all other claims are not cognizable. (Doc. 10.) The Court therefore directed Plaintiff to file a first amended complaint curing the deficiencies identified in its order or notify the Court that he wishes to proceed only on the claims found cognizable and to dismiss the remaining claims and defendants. (*Id.* at 7.)

On June 2, 2020, Plaintiff filed a notice that he "only wish[es] to proceed on claims found to be cognizable by the court against Defendant Silva for retaliation [and] deliberate indifference." (Doc. 11.) Accordingly, and for the reasons set forth in the Court's screening order (Doc. 10), the Court RECOMMENDS that:

   1. Defendants Harris, Knight, and Millier be DISMISSED; and,
   2. Plaintiff's claim regarding his administrative grievance (Claim III of the

complaint) be DISMISSED. Plaintiff's claims of retaliation (Claim I) and deliberate indifference to serious medical needs (Claim II) should be allowed to proceed.

The Court DIRECTS the Clerk of the Court to assign a district judge to this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **June 3, 2020**                         /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE