UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SILVA,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00133-DAD-JLT (PC)<br><br>**ORDER FOR CDCR TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>14-DAY DEADLINE |

　　　　The Court directed the California Department of Corrections and Rehabilitation, within 40 days, to file a "CDCR Notice of E-Service Waiver" with the Court, "advising if the defendant waives service of process without need for personal service by the United States Marshal." (Doc. 14 at 2.) Though more than 40 days have passed, CDCR has not filed the notice or otherwise responded to the order. Accordingly, within 14 days, CDCR shall show cause why sanctions should not be imposed for the failure to comply with the Court's order. The Court directs the Clerk of the Court to serve this order via email on CDCR and Supervising Deputy Attorney General Tracy S. Hendrickson.

IT IS SO ORDERED.

　　　Dated:　**July 26, 2020**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE