UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>                Plaintiff,<br><br>        v.<br><br>SILVA,<br><br>                Defendant. | Case No. 1:20-cv-00133-DAD-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 16) |

On July 27, 2020, the Court ordered the CDCR to show cause why it had failed to file a "Notice of E-Service Waiver" within the time prescribed by the Court. (Doc. 16.) CDCR filed a it on July 31, 2020. (Doc. 17.) The California Attorney General's Office responded to the order to show cause on behalf of CDCR on August 6, 2020. (Doc. 18.) In his supporting declaration, CDCR's Service of Process Coordinator states that CDCR never received a copy of the Court's e-service order (Doc. 14) until the order to show cause issued. The Court has confirmed that, although filed on the docket, the e-service order was never served on CDCR. Accordingly, the Court DISCHARGES the order to show cause.

IT IS SO ORDERED.

Dated:   **August 7, 2020**              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE