UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>SILVA,<br><br>        Defendant. | Case No. 1:20-cv-00133-DAD-JLT (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

      Plaintiff filed a notice of voluntary dismissal on October 23, 2020. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule 41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal is effective automatically. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

///

///

///

///

///

///

1   Because Plaintiff has filed a notice of dismissal, and no opposing party has filed an
2   answer or a motion for summary judgment, this action has terminated. Accordingly, the Court
3   DIRECTS the Clerk of the Court to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **November 2, 2020**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE